**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| U.S. SILICA COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>AMBERGER KAOLINWERKE EDUARD KICK GMBH & CO. KG,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:20-CV-00298-JRG |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**U.S. Silica**" refers to U.S. Silica Company.
- "**Defendant**" or "**AKW**" refers to Amberger Kaolinwerke Eduard Kick Gmbh & Co. KG.
- The "**'303 Patent**" refers to U.S. Patent No. 8,865,303.
- The "**'407 Patent**" refers to U.S. Patent No. 9,303,407.
- The "**'245 Patent**" refers to U.S. Patent No. 10,724,245.
- The "**'493 Patent**" refers to U.S. Patent No. 10,253,493.
- The "**Patents-in-Suit**" refers collectively to the '303 Patent, the '407 Patent, and the '245 Patent. **It does not include the '493 Patent.**
- The "**Asserted Claims**" refers collectively to Claim 9 of the '303 Patent, Claim 9 of the '407 Patent, and Claims 1–3 of the '245 Patent. **The Asserted Claims are asserted by U.S. Silica against AKW. It does not include any claims from the '493 Patent.**
- The "**Challenged Claims**" refers collectively to Claims 1, 3, 5, 11, 12, and 16 of the '493 Patent. **The Challenged Claims are asserted by AKW against U.S. Silica. It does not include any Asserted Claims from the Patents-In-Suit.**

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM</u>**

**<u>READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM</u>**

**QUESTION NO. 1**

Did U.S. Silica, the Plaintiff, prove by a preponderance of the evidence that AKW, the Defendant, infringed **ANY** of the Asserted Claims?

Yes: ✓ No: ____________

## QUESTION NO. 2a

Did AKW, the Defendant, prove by clear and convincing evidence that any of the following Asserted Claims are invalid for lack of enablement?

For each claim below, please answer "Yes" or "No".

| | | |
|---|---|---|
| Claim 9 of the '303 Patent: | Yes: ______ | No: ✓ |
| Claim 9 of the '407 Patent: | Yes: ______ | No: ✓ |
| Claim 1 of the '245 Patent: | Yes: ______ | No: ✓ |
| Claim 2 of the '245 Patent: | Yes: ______ | No: ✓ |
| Claim 3 of the '245 Patent: | Yes: ______ | No: ✓ |

## QUESTION NO. 2b

Did AKW, the Defendant, prove by clear and convincing evidence that any of the following Patents-in-Suit are invalid for improper inventorship?

For each patent below, please answer "Yes" or "No".

| | | |
|---|---|---|
| The '303 Patent: | Yes: ______ | No: ✓ |
| The '407 Patent: | Yes: ______ | No: ✓ |
| The '245 Patent: | Yes: ______ | No: ✓ |

**If you answered "NO" to Question No. 1, *OR* "YES" to ALL Asserted Claims in Question No. 2a, *OR* "YES" to ALL Patents-in-Suit in Question No. 2b, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**QUESTION NO. 3**

Did U.S. Silica, the Plaintiff, prove by a preponderance of the evidence that Defendant willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ✓ No: _______

**<u>If you answered "NO" to Question No. 1, *OR* "YES" to ALL Asserted Claims in Question No. 2a, *OR* "YES" to ALL Patents-in-Suit in Question No. 2b, then DO NOT answer Question Nos. 4a and 4b.</u>**

**<u>Answer Question Nos. 4a and 4b ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.</u>**

## QUESTION NO. 4a

What sum of money, if paid now in cash, has U.S. Silica, the Plaintiff, proven by a preponderance of the evidence would compensate it for its damages for infringement from September 2019 through August 31, 2020?

Answer in United States Dollars and Cents, if any:

$ 75,229

## QUESTION NO. 4b

What portion of the amount you found in Question No. 4a constitutes a **reasonable royalty** for the use made of the invention by Defendant, AKW, as opposed to U.S. Silica's **lost profits**?

Answer in United States Dollars and Cents, if any:

$ 8,955

## QUESTION NO. 5

Did AKW, the Defendant, prove by clear and convincing evidence that any of the following Challenged Claims of the '493 Patent are invalid?

For each claim below, please answer "Yes" or "No".

| | | |
|---|---|---|
| Claim 1 of the '493 Patent: | Yes: _______ | No: ✓ |
| Claim 3 of the '493 Patent: | Yes: _______ | No: ✓ |
| Claim 5 of the '493 Patent: | Yes: _______ | No: ✓ |
| Claim 11 of the '493 Patent: | Yes: _______ | No: ✓ |
| Claim 12 of the '493 Patent: | Yes: _______ | No: ✓ |
| Claim 16 of the '493 Patent: | Yes: _______ | No: ✓ |

**QUESTION NO. 6**

Did AKW, the Defendant, prove by a preponderance of the evidence that U.S. Silica tortiously interfered with one or more of AKW's prospective business relationships?

Yes: ____________ No: ✓____________

**<u>If you answered YES to Question No. 6, then you should proceed to answer Question No. 7.</u>**

**<u>If you answered NO to Question No. 6, then do not answer Question No. 7.</u>**

## <u>QUESTION NO. 7</u>

What sum of money, if paid now in cash, would reasonably compensate AKW for its damages, if any, proximately caused by the tortious interference?

Answer in United States Dollars and Cents, if any:

$ ______________________________________________

# FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 25 day of March 2022.

[redacted]

Jury Foreperson